UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-166M |
| v. ) | |
| ) | |
| BRIAN ELLIS NEAL, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Count 1: Conspiracy to Distribute Cocaine (21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 18 U.S.C. § 2).

Counts 2 and 3:  Distribution of Cocaine (21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2).

Counts 4 and 5:  Possession with Intent to Distribute (21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2).

Date of Detention Hearing:    April 8, 2005

The Court conducted a detention hearing pursuant to 18 U.S.C. § 3142(f).  The defendant stipulated to detention and reserved the right to subsequently challenge detention in the Eastern District of Washington.

DETENTION ORDER                                                                                                           15.13
18 U.S.C. § 3142(i)                                                                                                        Rev. 1/91
PAGE 1


IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of April, 2005.

S/JAMES P. DONOHUE
United States Magistrate Judge